IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CHARLAP, | |
| Plaintiff, | 22cv1416 |
| | LEAD CASE |
| v. | |
| IRONSIDE COMPUTERS, INC., | |
| Defendant. | |
| _____ | |
| JARED CHARLAP, | |
| Plaintiff, | 22cv1417 |
| | MEMBER CASE |
| v. | |
| GOLF & TENNIS PRO SHOP, INC., | |
| Defendant. | |
| _____ | |
| JARED CHARLAP, | |
| Plaintiff, | 22cv1419 |
| | MEMBER CASE |
| v. | |
| . CENTRAL COMPUTERS, INC., | |
| Defendant. | |
| _____ | |
| JARED CHARLAP, | |
| Plaintiff, | 22cv1420 |
| | MEMBER CASE |
| v. | |
| THE GOLF WAREHOUSE, LLC, | |
| Defendant. | |
| _____ | |

| | |
|---|---|
| JARED CHARLAP, | |
|     Plaintiff, | 22cv1422<br>MEMBER CASE |
|     v. | |
| REXEL USA, INC. DBA PLATT, | |
|     Defendant. | |

---

| | |
|---|---|
| JARED CHARLAP, | |
|     Plaintiff, | 22cv1423<br>MEMBER CASE |
|     v. | |
| LAUNCHPAD, INC., | |
|     Defendant. | |

---

| | |
|---|---|
| JARED CHARLAP, | |
|     Plaintiff, | 22cv1426<br>MEMBER CASE |
|     v. | |
| TGIB MARKETING INC. *doing business as* ROCK BOTTOM GOLF, | |
|     Defendant. | |

---

| | |
|---|---|
| JARED CHARLAP, | |
|     Plaintiff, | 22cv1428<br>MEMBER CASE |
|     v. | |
| FOUR SEASONS GENERAL MERCHANDISE, INC., | |
|     Defendant. | |

| | |
|---|---|
| JARED CHARLAP,<br><br>      Plaintiff,<br><br>      v.<br><br>ZEBRA PEN CORPORATION,<br><br>      Defendant. | 1:22cv0293 Erie<br>MEMBER CASE |
| KAREN CLARK,<br><br>      Plaintiff,<br><br>      v.<br><br>KELSAN, INC. *doing business as* CLEAN FREAK,<br><br>      Defendant. | 1:22cv0294 Erie<br>MEMBER CASE |
| KAREN CLARK,<br><br>      Plaintiff,<br><br>      v.<br><br>BASTION, LLC,<br><br>      Defendant. | 1:22cv0295 Erie<br>MEMBER CASE |
| JARED CHARLAP,<br><br>      Plaintiff,<br><br>      v.<br><br>M.R.O. SUPPLY, INC.,<br><br>      Defendant. | 22cv1438<br>MEMBER CASE |

| | |
|---|---|
| KAREN CLARK, | |
| Plaintiff, | 1:22cv0296 Erie<br>MEMBER CASE |
| v. | |
| AMERICAN TOMBOW, INC., | |
| Defendant. | |

| | |
|---|---|
| KAREN CLARK, | |
| Plaintiff, | 1:22cv0297 Erie<br>MEMBER CASE |
| v. | |
| MCKLEIN COMPANY, LLC, | |
| Defendant. | |

| | |
|---|---|
| JARED CHARLAP, | |
| Plaintiff, | 22cv1449<br>MEMBER CASE |
| v. | |
| GOLDEN APPLEXX CO., INC., | |
| Defendant. | |

| | |
|---|---|
| JARED CHARLAP, | 22cv1458<br>MEMBER CASE |
| Plaintiff, | |
| v. | |
| UNITED STATES PLASTIC CORP., | |
| Defendant. | |

| | |
|---|---|
| KAREN CLARK, | 1:22cv0319 Erie |
| Plaintiff, | MEMBER CASE |
| v. | |
| J.W. PEPPER & SON, INC., | |
| Defendant. | |

| | |
|---|---|
| KAREN CLARK, | |
| Plaintiff, | 1:22cv0320 Erie |
| v. | MEMBER CASE |
| OKABASHI BRANDS, INC., | |
| Defendant. | |

| | |
|---|---|
| JARED CHARLAP, | |
| Plaintiff, | 22cv1470 |
| v. | MEMBER CASE |
| D2G GROUP, LLC dba DISPLAYS 2 GO, | |
| Defendant. | |

| | |
|---|---|
| JARED CHARLAP, | 22cv1463 |
| Plaintiff, | MEMBER CASE |
| v. | |
| JERKY.COM LLC, | |
| Defendant. | |

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 22-1417, 22-1419, 22-1420, 22-1422, 22-1423, 22-1426, 22-1428, 1:22-293 Erie, 1:22-294 Erie,1:22-295 Erie, 22-1438, 1:22-296 Erie, 1:22-cv-297 Erie, 22-1449; 22-1458, 1:22-319 Erie, 1:22-320 Erie, 22-1470, and 22-1463 are hereby consolidated with **Civil Action No. 2:22-cv-1416**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2:22-cv-1416**.

3. The Clerk of Court shall close Civil Action No. 22-1417, 22-1419, 22-1420, 22-1422, 22-1423, 22-1426, 22-1428, 1:22-293 Erie, 1:22-294 Erie,1:22-295 Erie, 22-1438, 22-296 Erie, 1:22-cv-297 Erie, 22-1449; 22-1458, 1:22-319 Erie, 1:22-320 Erie, 22-1470, and 22-1463.

**SO ORDERED** this 20th day of October 2022.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:  All counsel of record