IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CHARLAP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IRONSIDE COMPUTERS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:22-cv-01416-AJS<br><br>Lead Case |
| JARED CHARLAP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES RUBBER COMPANY dba MRO SUPPLY,<br><br>　　　　　Defendant. | Civil Action No. 2:22-cv-01725-AJS<br><br>Member Case |

## NOTICE OF SETTLEMENT

Plaintiff Jared Charlap hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Los Angeles Rubber Company dba MRO Supply. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Dated: March 6, 2023　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　NYE, STIRLING, HALE, MILLER & SWEET
　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Jared Charlap*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 6th day of March, 2023.

/s/ *Benjamin J. Sweet*
Benjamin J. Sweet